# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| DANNY KING;<br>ALL BROTHERS TRUCK REPAIR LLC; and<br>ALL BROTHERS TRUCK AND EQUIPMENT REPAIR LLC,<br>*Plaintiff(s)*<br>v.<br>SUNRISE BUSINESS SOLUTIONS, LLC,<br>d/b/a ERC GUARANTEED and d/b/a IRSPLUS;<br>ORLANDO BENAVIDES; and<br>MYRIAM ROSENZWEIG;<br>*Defendant(s)* | ) | Civil Action No. 3:26-cv-01699 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Orlando Benevides
7818 New Castle Ave.
Burbank, IL 60459-1017.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James Cobb, BPR No. 033248,
Bryant Kroll, BPR No. 033394
131 Walton Ferry Road, Suite 11
Hendersonville, Tennessee 37075
(615) 649-0049

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · MIDDLE DISTRICT OF TENNESSEE

*CLERK OF COURT*

Date: 10/27/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________

*Server's signature*

______________________

*Printed name and title*

______________________

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| DANNY KING;<br>ALL BROTHERS TRUCK REPAIR LLC; and<br>ALL BROTHERS TRUCK AND EQUIPMENT REPAIR LLC,<br>*Plaintiff(s)*<br>v.<br>SUNRISE BUSINESS SOLUTIONS, LLC,<br>d/b/a ERC GUARANTEED and d/b/a IRSPLUS;<br>ORLANDO BENAVIDES; and<br>MYRIAM ROSENZWEIG;<br>*Defendant(s)* | ) | Civil Action No. 3:26-cv-01699 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Myriam Rosenzweig
7919 Andrews Pass
San Antonio, TX 78254-6085

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James Cobb, BPR No. 033248,
Bryant Kroll, BPR No. 033394
131 Walton Ferry Road, Suite 11
Hendersonville, Tennessee 37075
(615) 649-0049

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/27/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| DANNY KING;<br>ALL BROTHERS TRUCK REPAIR LLC; and<br>ALL BROTHERS TRUCK AND EQUIPMENT REPAIR LLC,<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:26-cv-01699 |
| SUNRISE BUSINESS SOLUTIONS, LLC,<br>d/b/a ERC GUARANTEED and d/b/a IRSPLUS;<br>ORLANDO BENAVIDES; and<br>MYRIAM ROSENZWEIG;<br>*Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SUNRISE BUSINESS SOLUTIONS, LLC
d/b/a ERC Guaranteed and d/b/a IRSplus
980 N. Michigan Avenue,
Suite 1400
Chicago, IL 60611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James Cobb, BPR No. 033248,
Bryant Kroll, BPR No. 033394
131 Walton Ferry Road, Suite 11
Hendersonville, Tennessee 37075
(615) 649-0049

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · MIDDLE DISTRICT OF TENNESSEE

*CLERK OF COURT*

Date: 10/27/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* __________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________
__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

__________
*Server's signature*

__________
*Printed name and title*

__________
*Server's address*

Additional information regarding attempted service, etc: